UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-34339-RAM
JOHNNY B. RANERO　　　　　　　　　　　　　　　　　　Chapter 13
DORA H. RANERO

　　　　Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Law Firm of Blaxberg, Grayson, Kukoff & Twombly, P.A., hereby files its Notice of Appearance and Request for Service in the above-styled case on behalf of creditor, SPACE COAST CREDIT UNION, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that it be served with copies of all notices, pleadings, motions, order and other documents filed in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2013, a true and correct copy of the foregoing was served via electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and/or by U.S. Mail to: Johnny B. Ranero and Dora H. Ranero, 20541 SW 125th Avenue, Miami, FL 33177; Robert Sanchez, Esq., 355 W 49th Street, Hialeah, FL 33012 and Nancy K. Neidich, Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027.

**BLAXBERG, GRAYSON, KUKOFF & TWOMBLY P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 317
Fax:　　(305) 371-6816
E-mail: alexis.read@blaxgray.com

By:　　/s/ Alexis S. Read
　　　　Alexis S. Read, Esq.
　　　　Fla. Bar No. 98084