**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _1st_  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Johnny Ranero            JOINT DEBTOR: Dora Ranero            CASE NO.:13-34339

Last Four Digits of SS#xxxx4557   Last Four Digits of SS#xxxx8844

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $2,921.26 for months _1_ to _60;_ in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650   TOTAL PAID $1,800
                  Balance Due  $ 1,850 payable $ 123.33 /month (Months _1_ to _15_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Space Coast Credit Union         Arrearage on Petition Date  $56,658.42
Address: 8045 N. Wickham RD      Arrears Payment  $ 944.31 /month (Months _1_ to _60_)
        Melbourne, FL 32940        Regular Payment  $ 1,523.00 /month (Months _1_ to _60_)
Account No: 931003761

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | 0 % | $0 | None | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $
                            Payable          $_____/month (Months ____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 38.50 /month (Months _1_ to _15_) and Pay $ 161.83 /month (Months _16_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditor Ameri Credit will be paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq.,                       /s/ Robert Sanchez, Esq.
Attorney for Debtor                                   Attorney for Joint Debtor
Date:_____                    Date:_____