UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐    Second Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐    _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Johnny Ranero     JOINT DEBTOR: Dora Ranero     CASE NO.: 13-34339

Last Four Digits of SS# xxxx4557     Last Four Digits of SS# xxxx8844

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.     $3,284.84 for months 1 to 4;
    B.     $4,051.56 for months 5 to 60; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $ 3,650     TOTAL PAID $1,800

                      Balance Due     $ 1,850    payable $ 123.33 /month (Months 1 to 15)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Space Coast Credit Union         Arrearage on Petition Date     $76,273.80

Address: c/o Collections Department     Arrears Payment     $ 1,309.73 /month (Months 1 to 15)
        8045 N. Wickham RD            Arrears Payment     $ 1,258.40 /month (Months 16 to 60)
        POB 419001                       Regular Payment     $ 1,523.30 /month (Months 1 to 4)
        Melbourne, FL 32941            Regular Payment     $ 2,213.34 /month (Months 5 to 60)

Account No: 931003761

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | 0 | $0 | None | |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____ Total Due     $
                                Payable      $_____/month (Months_____ to _____) Regular
                                Payment $

Unsecured Creditors:  Pay $ 174.66 /month (Months 16 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditor Ameri Credit will be paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                                    Joint Debtor
Date:_____                  Date:

LF-31 (rev. 01/08/10)