UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Johnny and Dora Ranoero        Case No. 13-34339-RAM

    Debtors        Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 9, 2013 the instant case was filed.

2. On April 16, 2014 debtor's Second Amended Chapter 13 plan was confirmed.

3. Debtors confirmed plan cures and maintains their homestead property with lender Space Coast Credit Union.

4. Debtor's confirmed plan has an increase in regular payments in month 5 as a result of a Notice of Payment Change due to forced place insurance obtained by the lender Space Coast Credit Union.

5. Debtors obtained immediately forced place insurance and provided to the lender whom did not file a Notice of Mortgage Payment Change until February, 2015.

6. Undersigned counsel will also be filing an Objection to Space Coast's notice of mortgage payment change.

7. The first Modified plan provides regular payment to Space Coast based on their notice of mortgage payment change filed in February, 2015 as if would have been filed timely after March, 2014.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161