## CHAPTER 13 PLAN (Individual Adjustment of Debts)

First Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Johnny Ranero      JOINT DEBTOR: Dora Ranero      CASE NO.:13-34339

Last Four Digits of SS#xxxx4557    Last Four Digits of SS#xxxx8844

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $3,492.06 for months  1  to 21;
- B.  $3,436.97 for months  22  to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3,650    TOTAL PAID $1,800

Balance Due    $ 1,850   payable $ 88.09 /month (Months 1  to 21)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Space Coast Credit Union          Arrearage on Petition Date    $76,273.80

Address: c/o Collections Department    Arrears Payment    $ 1,161.99 /month (Months  1  to 21)
     8045 N. Wickham RD         Arrears Payment    $ 1,330.05 /month (Months  22 to 60)
     POB 419001              Regular Payment    $ 1,980.29 /month (Months  1 to 21)
     Melbourne, FL 32941         Regular Payment    $ 1,588.56 /month (Months  22 to 60)

Account No: 931003761

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | 0 % | $0 | None | |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 34339CR507]

| | | |
|---|---|---|
| 1. None | Total Due | $ |
| | Payable | $_____/month (Months \_\_\_\_\_ to \_\_\_\_\_) Regular Payment $ |

Unsecured Creditors:   Pay $ 58.22 /month (Months 1 to 21);

Pay $ 174.66 /month (Months 22 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditor Ameri Credit will be paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                                         /s/Robert Sanchez, Esq.
Attorney for Debtor                                                   Attorney for Joint Debtor
Date:  8/6/2015                                                          Date: 8/6/2015

LF-31 (rev. 01/08/10)