UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Johnny and Dora Ranero         Case No. 13-34339-RAM

         Debtors         Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Modify, Notice of Hearing and First Modified Plan was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail this 7th day of August, 2015 to all parties on the service list.

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161