UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Johnny and Dora Ranoero          Case No. 13-34339-RAM

                Debtors                Chapter 13
_____/

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY, that a true and correct copy of Debtor's Objection to Notice of Mortgage Payment Change Filed on February 6, 2015 by Space Coast Credit Union and Notice of Hearing was sent via CM/ECF to Nancy Neidich, Trustee, Space Coast Credit Union, c/o Blaxberg, Grayson & Kukoff, P.A., Attn: Alexis S. Read Esq. and U.S. Mail to: Space Coast Credit Union, c/o Blaxberg, Grayson & Kukoff, P.A., Attn: Alexis S. Read Esq., 25 SE Second Avenue, Suite 730, Miami, FL 33131 this 7th day of August, 2015.

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                     Robert Sanchez, Esq., FBN#0442161