UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Johnny and Dora Ranero             Case No. 13-34339-RAM

             Debtors                      Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice Continuing Debtors' Motion to Modify Confirmed Plan was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail this 1st day of October, 2015 to all parties on the service list.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161