B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re __JOHNNY and DORA RANERO__,
Debtor

Case No. __13-34339-RAM__

Chapter 13

## Amended Notice of Mortgage Payment Change*

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: __Space Coast Credit Union__

Court claim no. (if known): __2__

Last four digits of any number you use to identify the debtor's account: __4__ __5__ __5__ __7__

Date of payment change: __3/1/2014__
Must be at least 21 days after date of this notice      mm/dd/yyyy

*Amends Notice of Mortgage Payment Change previously filed on February 7, 2014.

New total payment: $ __2,213.34__
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ __290.70__   New escrow payment: $ __981.90__

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%   New interest rate: _____%

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____   New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)    Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____   Date 2/12/2014
Signature                      mm/dd/yyyy

Print: Katie Elizabeth Boggs    Title: Recovery Liquidation Manager
     First Name / Middle Name / Last Name

Company: Space Coast Credit Union

Address: 8045 N. Wickham Road
         Number / Street
         Melbourne, FL 32940
         City / State / ZIP Code

Contact phone: (800) 447-7228    Email: katieb@sccu.com

Name: Johnny Ranero
ACCOUNT #

## ESCROW ANALYSIS

| Date | Payments to Escrow | Payment Description | Payments From Escrow | Balance |
|---|---|---|---|---|
| | | | | -$1,556.44 |
| 03/01/14 | $630.10 | | $0.00 | -$926.34 |
| | | PMI **NOTE | $0.00 | -$926.34 |
| 04/01/14 | $630.10 | | $0.00 | -$296.24 |
| | | PMI | $0.00 | -$296.24 |
| 05/01/14 | $630.10 | Fplace Hme ins | $3,295.24 | -$2,961.38 |
| | | PMI | $0.00 | -$2,961.38 |
| 06/01/14 | $630.10 | | $0.00 | -$2,331.27 |
| | | PMI | $0.00 | -$2,331.27 |
| 07/01/14 | $630.10 | | $0.00 | -$1,701.17 |
| | | PMI | $0.00 | -$1,701.17 |
| 08/01/14 | $630.10 | | $0.00 | -$1,071.07 |
| | | PMI | $0.00 | -$1,071.07 |
| 09/01/14 | $630.10 | | $0.00 | -$440.97 |
| | | PMI | $0.00 | -$440.97 |
| 10/01/14 | $630.10 | | $0.00 | $189.13 |
| | | PMI | $0.00 | $189.13 |
| 11/01/14 | $630.10 | Property Taxes | $1,568.44 | -$749.21 |
| | | PMI | $0.00 | -$749.21 |
| 12/01/14 | $630.10 | | $0.00 | -$119.10 |
| | | PMI | $0.00 | -$119.10 |
| 01/01/15 | $630.10 | | $0.00 | $511.00 |
| | | PMI | $0.00 | $511.00 |
| 02/01/15 | $630.10 | fplace Flood | $2,697.54 | -$1,556.44 |
| | | PMI | $0.00 | -$1,556.44 |

**NOTE: PRIVATE MORTGAGE INSURANCE (PMI) is not applicable to all loans. If the amount is 0.00, your loan is not required to have this insurance.

TOTAL ESTIMATED DISBURSEMENTS FROM ESCROW     $7,561.22

MINIMUM ESCROW PAYMENT CALCULATION     $630.10

### CALCULATION OF SHORTAGE OR SURPLUS
Required Cushion     $1,260.20
Lowest Balance     $2,961.38
TOTAL SHORTAGE     $4,221.58

### CALCULATION OF NEW PAYMENT
Principal and Interest     $1,231.44
Minimum Escrow Pmt.     $630.10
1/12 Shortage     $351.80
Total Escrow Payment     $981.90

## TOTAL NEW MONTHLY PAYMENT — $2,213.34

---

### FOR SHORTAGE ONLY - PLEASE SIGN, DETACH AND RETURN TO:
Space Coast Credit Union, Mortgage Servicing/Escrow, P. O. Box 419002, Melbourne, FL 32941-9002
Member Name     Johnny Ranero
ACCOUNT #

MEMBER PLEASE COMPLETE THE FOLLOWING REGARDING YOUR SHORTAGE

I HAVE ENCLOSED A CHECK IN THE AMOUNT OF     $4,221.58
FOR THE PAYMENT OF MY SHORTAGE.

I AUTHORIZE A TRANSFER OF $     $4,221.58     FROM
SCCU ACCOUNT NUMBER _____ SUFFIX _____ TO MY ESCROW
ACCOUNT FOR THE PAYMENT OF THE SHORTAGE.

THE PAYMENT OF THIS SHORTAGE WILL RESULT IN A NEW MONTHLY PAYMENT OF     $1,861.54

_____
Borrower Signature

_____
CoBorrower Signature

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 13-34339-RAM
    JOHNNY B. RANERO                          Chapter 13
    DORA H. RANERO

    Debtors.
_____/

## NEW MORTGAGE PAYMENT NOTICE AND
## ESCROW ACCOUNT DISCLOSURE STATEMENT

| Escrow Account Statement | |
|---|---|
| Borrower(s): | Johnny Ranero and Dora Ranero |
| Analysis Date: | 2/7/2014 |
| Acct. No.: | XXXX0376-01 |

| Current Payment | | New Payment effective 3/1/2014 | |
|---|---|---|---|
| Principal and Interest | $1,231.44 | Principal and Interest | $1,231.44 |
| Escrow | $290.70 | Escrow | $981.90 |
| Total Current Payment | $1,522.14 | Total NEW Payment | $2,213.34 |

Space Coast Credit Union, as successor in interest by merger to Eastern Financial Florida Credit Union, is the servicer of the above-referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next twelve (12) months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of the actual escrow account activity and a projection of the escrow account activity for the next twelve (12) months.

Our records indicate a petition for Chapter 13 Bankruptcy was filed on October 9, 2013. Pursuant to that bankruptcy filing, we have filed a Proof of Claim with the Bankruptcy Court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from you future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected through your Chapter 13 plan payments.

| ANTICIPATED DISBURSEMENTS<br>March 2014 to February 2015 | ESCROW PROJECTIONS FOR<br>NEXT 12 MONTH ESCROW CYCLE<br>*Anticipated Activity* |
|---|---|
| Taxes: $1,568.44<br>Flood Insurance: $2,697.64[†]<br>Homeowners Insurance: $3,295.24[‡]<br><br>Total Disbursements: $7,561.22 | Beginning Escrow Balance as of Analysis Date: -$15,827.68<br>Post-Petition Beginning Balance: -$1,568.44**<br><br>*See attached 2014 Escrow Analysis for anticipated activity.* |
| Bankruptcy Petition Date: 10/9/13<br><br>Pre-Petition Escrow Account Balance<br><br>Pre-Petition Escrow Deficiency: $13,666.38<br>Pre-Petition Escrow Shortage: $592.86<br>Total Escrow included in POC: $14,259.24 | The pre-petition deficiency is accounted for on the Proof of Claim and will be collected as part of your pre-petition plan payment. |
| The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increase in your tax and/or insurance disbursements.<br><br>Required Cushion: $1,260.20<br><br>**Escrow Balance adjusted by Proof of Claim amounts. | An escrow shortage occurs when there is a positive balance in the escrow account but less than the projected balance, which covers any payments made from the escrow account over the next 12 months. The pre-petition shortage is accounted for on the Proof of Claim and will be collected as part of your pre-petition plan payment.. |

---

[†] Indicates force-placed insurance estimate(s).
[‡] Indicates force-placed insurance estimate(s).

| Actual Escrow Account History | | | | |
|---|---|---|---|---|
| Date | Payments to Escrow | Payments from Escrow | Description | Actual Escrow Balance |
| 11/5/2013 | $0.00 | -$1,568.44 | 2013 real estate taxes | -$15,827.68 |
| 12/1/2014 | $0.00 | $0.00 | | -$15,827.68 |
| 1/1/2014 | $0.00 | $0.00 | | -$15,827.68 |
| 2/1/2014 | $0.00 | $0.00 | | -$15,827.68 |

| Post-Petition Anticipated and/or Actual Activity** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| Date | Actual | Projected | Actual | Projected | | Actual | Projected |
| 11/1/2013 | $0.00 | $290.70 | $0.00 | $0.00 | | $0.00 | $290.70 |
| 11/5/2013 | $0.00 | $0.00 | -$1,568.44 | -$1,497.64 | 2013 real estate taxes* | -$1,568.44 | -$1,277.74 |
| 12/1/2013 | $0.00 | $290.70 | $0.00 | $0.00 | | -$1,568.44 | -$987.04 |
| 1/1/2014 | $0.00 | $290.70 | $0.00 | $0.00 | | -$1,568.44 | -$696.34 |
| 2/1/2014 | $0.00 | $290.70 | $0.00 | $0.00 | | -$1,568.44 | -$405.64 |
| Totals | $0.00 | $1,162.80 | -$1,568.44 | -$1,497.64 | | | |

**This section includes actual and/or estimated activity after the bankruptcy petition date. The escrow payment of $290.70 is based on a previous analysis sent to you and may differ from your new payment of $981.90. The difference of these amounts will be used to offset payment changes in the next 12 month projection period.

An asterick (*) indicates a difference in a previous estimate either in the date or the amount.

**NOTE -** This analysis was prepared in advance of the escrow payment change date and does not account for any unapplied amounts or pending disbursements from the Chapter 13 Trustee. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and all scheduled disbursements have been made from your escrow account.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 13-34339-RAM
    JOHNNY B. RANERO                                      Chapter 13
    DORA H. RANERO

    Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2014 a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by regular U.S. Mail to:

| | |
|---|---|
| Robert Sanchez, Esq.<br>*Counsel for Debtors*<br>355 W 49 St.<br>Hialeah, FL 33012<br>court@bankruptcyclinic.com | Nancy K. Neidich<br>*Chapter 13 Trustee*<br>P.O. Box 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com |
| U.S. Trustee<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | Johnny B. Ranero and<br>Dora H. Ranero<br>20541 SW 125th Avenue<br>Miami, FL 33177-5682 |

BLAXBERG, GRAYSON, KUKOFF & TWOMBLY P.A.
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Phone: (305) 381-7979 x 317
Fax:   (305) 371-6816
E-mail: alexis.read@blaxgray.com

By:   /s/ Alexis S. Read
       Alexis S. Read, Esq.
       Fla. Bar No. 98084