B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  JOHNNY RANERO and DORA RANERO ,
      Debtor

Case No. 13-34339-RAM

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Space Coast Credit Union

**Court claim no.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 0 3 7 6

**Date of payment change:** 3/1/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 1,620.72
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 981.90     New escrow payment: $ 389.28

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☐ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %        New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☐ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)    Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____    Date  2-6-15
Signature                              mm/dd/yyyy

Print: Daniel Chiappone    Title: Loss Mitigation Manager, Credit Solutions
       First Name  Middle Name  Last Name

Company: Space Coast Credit Union

Address: 8045 N. Wickham Road
         Number  Street
         Melbourne, FL 32940
         City  State  ZIP Code

Contact phone: (305) 381-7979    Email: alexis.read@blaxgray.com

Case 13-34239-RAM Doc 84-2 Filed 02/06/15 Page 2 of 4

Name: Johnny Ranero
ACCOUNT # xxxx0376-01

## ESCROW ANALYSIS

| Date | Payments to Escrow | | Payment Description | Payments From Escrow | Balance |
|---|---|---|---|---|---|
| | | | | | $3,460.28 |
| 03/01/15 | $389.28 | 370.00 + 2701.00 | Home & Flood Ins | $3,071.00 | $778.56 |
| | | | PMI **NOTE | $0.00 | $778.56 |
| 04/01/15 | $389.28 | | | $0.00 | $1,167.83 |
| | | | PMI | $0.00 | $1,167.83 |
| 05/01/15 | $389.28 | | | $0.00 | $1,557.11 |
| | | | PMI | $0.00 | $1,557.11 |
| 06/01/15 | $389.28 | | | $0.00 | $1,946.38 |
| | | | PMI | $0.00 | $1,946.38 |
| 07/01/15 | $389.28 | | | $0.00 | $2,335.66 |
| | | | PMI | $0.00 | $2,335.66 |
| 08/01/15 | $389.28 | | | $0.00 | $2,724.94 |
| | | | PMI | $0.00 | $2,724.94 |
| 09/01/15 | $389.28 | | | $0.00 | $3,114.21 |
| | | | PMI | $0.00 | $3,114.21 |
| 10/01/15 | $389.28 | | | $0.00 | $3,503.49 |
| | | | PMI | $0.00 | $3,503.49 |
| 11/01/15 | $389.28 | | Property Taxes | $1,600.31 | $2,292.45 |
| | | | PMI | $0.00 | $2,292.45 |
| 12/01/15 | $389.28 | | | $0.00 | $2,681.73 |
| | | | PMI | $0.00 | $2,681.73 |
| 01/01/16 | $389.28 | | | $0.00 | $3,071.00 |
| | | | PMI | $0.00 | $3,071.00 |
| 02/01/16 | $389.28 | | | $0.00 | $3,460.28 |
| | | | PMI | $0.00 | $3,460.28 |

**NOTE: PRIVATE MORTGAGE INSURANCE (PMI) is not applicable to all loans. If the amount is 0.00, your loan is not required to have this insurance.

TOTAL ESTIMATED DISBURSEMENTS FROM ESCROW       $4,671.31

MINIMUM ESCROW PAYMENT CALCULATION       $389.28

CALCULATION OF SHORTAGE OR SURPLUS
Required Cushion       $778.55
Lowest Balance       ($778.56)
TOTAL SURPLUS       $0.00

CALCULATION OF NEW PAYMENT
Principal and Interest----------       $1,231.44
Minimum Escrow Pmt.       $389.28
1/12 Shortage       $0.00
Total Escrow Payment----------       $389.28

TOTAL NEW MONTHLY PAYMENT ----------       $1,620.72

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 13-34339-RAM
    JOHNNY B. RANERO                              Chapter 13
    DORA H. RANERO

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2015 a true and correct copy of the forgoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by regular U.S. Mail to:

| | |
|---|---|
| Johnny B. Ranero<br>Dora H. Ranero<br>20541 SW 125th Avenue<br>Miami, FL 33177 | Robert Sanchez, Esq.<br>355 W 49 St.<br>Hialeah, FL 33012<br>court@bankruptcyclinic.com |
| Nancy K. Neidich<br>*Chapter 13 Trustee*<br>P.O. Box 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

BLAXBERG, GRAYSON & KUKOFF, P.A.
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Phone: (305) 381-7979 x 317
Fax:   (305) 371-6816
E-mail: alexis.read@blaxgray.com

By:   /s/ Alexis S. Read
      Alexis S. Read, Esq.
      Fla. Bar No. 98084