UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 13-34339-RAM

JOHNNY B. RANERO  Chapter 13
DORA H. RANERO

Debtors.
_____/

### EX-PARTE MOTION TO CONTINUE EVIDENTIARY HEARING

Secured Creditor, SPACE COAST CREDIT UNION ("**Space Coast**"), by and through undersigned counsel, respectfully moves the Court for the entry of an *ex-parte* order continuing the evidentiary hearing scheduled for November 4, 2015 on the Debtors, Johnny B. and Dora H. Ranero's ("**Debtors**") (i) Motion to Modify Chapter 13 Plan [D.E. 68] and (ii) Objection to Notice of Mortgage Payment Change Filed on February 6, 2015 by Space Coast [D.E. 72], and in support thereof states as follows:

1. On October 14, 2015, the Court entered an Order Shortening Time for Discovery and Setting Final Evidentiary Hearing (the "**Order**") [D.E. 85], which specially set an evidentiary hearing for November 4, 2015 at 10:00 AM on the Debtors' (i) Motion to Modify Chapter 13 Plan [D.E. 68] and (ii) Objection to Notice of Mortgage Payment Change Filed on February 6, 2015 by Space Coast [D.E. 72] (the "**Evidentiary Hearing**").

2. Due to a conflict of schedule and previously scheduled medical appointment, undersigned counsel will be unavailable from November 4, 2015 to November 6, 2015, and therefore unable to attend the Evidentiary Hearing.

3. Accordingly, Space Coast respectfully requests that the Hearings be continued to the next available date the first or second week of December 2015, along with the deadlines set forth in the Order.

4. This Motion is made in good faith and is not intended for delay.

5. Space Coast submits that no party is prejudiced by its brief continuance requested herein.

**WHEREFORE**, for the reasons set forth herein and on good cause shown, Space Coast Credit Union respectfully requests that the Court enter an Order: (i) Granting Space Coast's Motion to Continue; (ii) Continuing the Evidentiary Hearing scheduled for November 4, 2015 to the next available date in December 2015 together with the deadlines set forth in the Order [D.E. 85]; and (iii) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BLAXBERG, GRAYSON & KUKOFF, P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 317
Fax:    (305) 371-6816
E-mail: alexis.read@blaxgray.com

By: __/s/ *Alexis S. Read*__
      Alexis S. Read, Esq.
      Fla. Bar No. 98084

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2015, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by regular U.S. Mail to:

| | |
|---|---|
| Robert Sanchez, Esq.<br>*Counsel for Debtors*<br>355 W 49 St.<br>Hialeah, FL 33012<br>court@bankruptcyclinic.com | Nancy K. Neidich<br>*Chapter 13 Trustee*<br>P.O. Box 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com |
| U.S. Trustee<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | |

                                                  By:   /s/ Alexis S. Read
                                                          Alexis S. Read, Esq.
                                                          Fla. Bar No. 98084