UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Case No. 13-34339-RAM
JOHNNY B. RANERO                                                              Chapter 13
DORA H. RANERO

Debtors.
_____/

### EX-PARTE ORDER CONTINUING PRELIMINARY HEARING

**THIS CAUSE** came before the Court upon Space Coast Credit Union's ("Space Coast") Ex-Parte Motion to Continue Evidentiary Hearings (the "Motion") [D.E. ___] on Debtors' Motion to Modify Chapter 13 Plan [D.E. 68] and Debtors' Objection to Notice of Mortgage Payment Change Filed on February 6, 2015 by Space Coast Credit Union (the "Objection") [D.E. 72]. The Court has considered the Motion and reviewed the record in this case. Being fully advised in the premises, it is

**ORDERED** that:

1. Space Coast's Motion is **GRANTED.**

2

2. The Evidentiary Hearing presently scheduled for November 4, 2015 at 10:00 AM on Debtors' Motion to Modify Chapter 13 Plan [D.E. 68] and Debtors' Objection to Notice of Mortgage Payment Change filed On February 6, 2015 by Space Coast Credit Union [D.E. 72], shall be continued to _____ at <u>301 North Miami Avenue, Courtroom 4 (RAM), Miami, FL 33128</u>.

# # #

*Submitted by:*

Alexis S. Read, Esq.
BLAXBERG, GRAYSON & KUKOFF, P.A.
*Attorneys for Space Coast Credit Union*
25 Southeast Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 317
Fax:    (305) 371-6816
alexis.read@blaxgray.com

*Attorney Alexis S. Read shall serve a copy of this Order on all interested parties and shall file a Certificate of Service for the same.*