UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              Case No. 13-34339-RAM
JOHNNY B. RANERO                                                               Chapter 13
DORA H. RANERO

Debtors.
_____/

**NOTICE OF FILING AMENDED ESCROW ANALYSES**
**FOR 2014/2015 AND 2015/2016 TAX YEARS**

Secured Creditor, SPACE COAST CREDIT UNION ("Space Coast"), by and through undersigned counsel, hereby gives Notice of Filing Amended Escrow Analyses for 2014/2015 and 2015/2016 Tax Years.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2015, a true and correct copy of the foregoing was served via electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| | |
|---|---|
| Robert Sanchez, Esq.<br>*Counsel for Debtors*<br>355 W 49 St.<br>Hialeah, FL 33012<br>court@bankruptcyclinic.com | Nancy K. Neidich<br>*Chapter 13 Trustee*<br>P.O. Box 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com |
| U.S. Trustee<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | |

Dated: December 3, 2015

**BLAXBERG, GRAYSON & KUKOFF, P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone:  (305) 381-7979 x 317
Fax:      (305) 371-6816
alexis.read@blaxgray.com

By:  /s/ *Alexis S. Read*
         Alexis S. Read, Esq.
         Fla. Bar No. 98084

**REVISED 2014/2015 ESCROW ANALYSIS**

| Date | Payments to Escrow | | Payment Description | Payments from Escrow | Escrow Balance | |
|---|---|---|---|---|---|---|
| | | | | | **($401.00)** | L |
| 3/1/2014 | $151.84 | | | $0.00 | ($249.16) | |
| 4/1/2014 | $711.57 | $151.83 + $559.74 | FP Ins. Refund | $0.00 | $462.41 | |
| 4/1/2014 | $0.00 | | Flood Ins. | $221.72 | $240.69 | |
| 5/1/2014 | $151.84 | | | $0.00 | $392.53 | |
| 6/1/2014 | $151.84 | | | $0.00 | $544.37 | |
| 7/1/2014 | $151.84 | | | $0.00 | $696.21 | |
| 8/1/2014 | $151.84 | | | $0.00 | $848.05 | |
| 9/1/2014 | $151.84 | | | $0.00 | $999.89 | |
| 10/1/2014 | $151.84 | | | $0.00 | $1,151.73 | |
| 11/1/2014 | $151.84 | | 2014 RE Taxes | $1,600.31 | ($296.74) | |
| 12/1/2014 | $151.84 | | | $0.00 | ($144.90) | |
| 1/1/2015 | $151.84 | | | $0.00 | $6.94 | |
| 2/1/2015 | $151.84 | | | $0.00 | $158.78 | |

**Total Estimated Disbursements From Escrow Account**     $1,822.03

**Minimum Escrow Payment Calculation (12 months)**     $151.84

| | | | |
|---|---|---|---|
| Required Cushion (1/6) | $303.67 | | |
| Lowest Balance | $401.00 | | |
| **TOTAL SHORTAGE** | **$704.67** | | |
| | | | |
| Principal & Interest | | $1,231.44 | |
| Min. Escrow Payment | $151.84 | | |
| 1/4 Escrow Shortage | $176.17 | | |
| Total Escrow Payment | | $328.01 | |
| | | | |
| **TOTAL NEW MONTHLY PAYMENT** | | **$1,559.45** | |
| **Effective 3/1/14** | | | |

**ESCROW RECONCILATION FOR 2014/2015\***

| Date | Payments to Escrow | | Payment Description | Payments from Escrow | Beginning Escrow Balance |
|---|---|---|---|---|---|
| | | | | | **($401.00)** |
| 3/1/2014 | $328.01 | | | $0.00 | ($72.99) |
| 4/1/2014 | $887.75 | $328.01 + $559.74 | FP Ins. Refund | $0.00 | $814.76 |
| 4/1/2014 | $0.00 | | Flood Ins. | $221.72 | $593.04 |
| 5/1/2014 | $328.01 | | | $0.00 | $921.05 |
| 6/1/2014 | $328.01 | | | $0.00 | $1,249.06 |
| 7/1/2014 | $328.01 | | | $0.00 | $1,577.07 |
| 8/1/2014 | $328.01 | | | $0.00 | $1,905.08 |
| 9/1/2014 | $328.01 | | | $0.00 | $2,233.09 |
| 10/1/2014 | $328.01 | | | $0.00 | $2,561.10 |
| 11/1/2014 | $328.01 | | 2014 RE Taxes | $1,600.31 | $1,288.80 |
| 12/1/2014 | $328.01 | | | $0.00 | $1,616.81 |
| 1/1/2015 | $328.01 | | | $0.00 | $1,944.82 |
| 2/1/2015 | $328.01 | | | $0.00 | **$2,272.83** \*\* |

\*New monthly escrow payment of $328.01 effective 3/1/2014
\*\*Beginning escrow balance for 2015/2016

**REVISED 2015/2016 ESCROW ANALYSIS**

| Date | Payments to Escrow | | Payment Description | Payments from Escrow | Escrow Balance | |
|---|---|---|---|---|---|---|
| | | | | | $2,272.83 | L |
| 3/1/2015 | $391.19 | | | $0.00 | $2,664.02 | |
| 3/1/2015 | $0.00 | $2,752.00 + $362.00 | Flood & Homeowners Ins. | $3,114.00 | ($449.98) | |
| 4/1/2015 | $391.19 | | | $0.00 | -$58.79 | |
| 5/1/2015 | $391.19 | | | $0.00 | $332.40 | |
| 6/1/2015 | $391.19 | | | $0.00 | $723.59 | |
| 7/1/2015 | $391.19 | | | $0.00 | $1,114.78 | |
| 8/1/2015 | $391.19 | | | $0.00 | $1,505.97 | |
| 9/1/2015 | $391.19 | | | $0.00 | $1,897.16 | |
| 10/1/2015 | $391.19 | | | $0.00 | $2,288.35 | |
| 11/1/2015 | $391.19 | | 2015 RE Taxes | $1,580.30 | $1,099.24 | |
| 12/1/2015 | $391.19 | | | $0.00 | $1,490.43 | |
| 1/1/2016 | $391.19 | | | $0.00 | $1,881.62 | |
| 2/1/2016 | $391.19 | | | $0.00 | $2,272.81 | |

**Total Estimated Disbursements From Escrow Account**  $4,694.30

**Minimum Escrow Payment Calculation (12 months)**  $391.19

| | |
|---|---|
| Required Cushion (1/6) | $782.38 |
| Lowest Balance | $449.98 |
| **TOTAL SHORTAGE** | **$1,232.36** |

| | | |
|---|---|---|
| Principal & Interest | | $1,231.44 |
| Min. Escrow Payment | $391.19 | |
| 1/4 Escrow Shortage | $308.09 | |
| Total Escrow Payment | | $699.28 |

<mark>**TOTAL NEW MONTHLY PAYMENT**   $1,930.72
**Effective 3/1/15**</mark>